UNITED STATES DISTRICT COURT
Southern District of INDIANA
EVANSVILLE DIVISION

DAVID CAPERS
  vs.    petitoner    (OLD) CASE NO. 3:21-CV-00080-RLY-MPB
                      (NEW) CASE NO. 3:21-CV-00080-RLY-CSW
UNITED STATES OF AMERICA
       Respondant

I, David Capers respectly am asking your honorable self, Judge Mr. Richard L. Young for the response to my previously filed motion from my attorney, counsel, Terry Tolliver, that was filed on 07/17/25. I never received a copy from the courts notifying that the motion was filed, nor have I received any further communication from the courts giving me a court date or dates on when we will proceed with the evidentiary hearings. Please respond and let me know if these documents were sent out and if I just did not receive them or not. Prayerfully you can find time in your busy schedule to respond. Thank you and hope your holiday season is blessed.

Respectfully submitted,
David Capers - 52476-424
FCI Beckley
Federal Correctional Institution
P.O. Box 350
Beaver WV, 25813

## Certificate of Service

I hearby certify that on the 10th day of November 2025, a copy of this document was mailed to The OFFICE OF The Clerk OF THE U.S. DiSTRICT COURT EVANSVille, 101 NW MARTiN LUTHER KING, Jr. Blvd. EVANSVille, IN 47708.



David Capers.
52476-424.

David Capers - 52470-424 (3:21-cv-00080-RLY-CSW
FCI Beckley
Federal Correctional Institution
P.O. Box 350
Beaver, WV 25813

THE OFFICE OF THE
Clerk of the U.S District court
101 NW Martin Luther King JR Blvd
Evansville IN, 47708

